UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MICHAEL LYNN POSTON and    )
MYRNA JO POSTON            )
                           )
v.                         ) No. 2:10-0048
                           ) Judge Echols
                           )
SHELTER MUTUAL INSURANCE CO., )
ET AL.                     )

**O R D E R**

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable to undertake this matter, and the same is returned to the Clerk for reassignment.

It is so ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE