IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MICHAEL LYNN POSTON and )
MYRNA JO POSTON )
) No. 2-10-0048
v. )
)
SHELTER MUTUAL INSURANCE )
CO.; EQUIFIRST CORPORATION; )
MORTGAGE ELECTRONIC )
REGISTRATION SYSTEM, INC.; )
HOMEQSERVICING ISAOA; and )
ARCHER LAND TITLE, INC., in its )
capacity as Trustee )

O R D E R

On September 1, 2011, the parties filed a joint stipulation of dismissal (Docket Entry No. 25).

As a result, the telephone conference, scheduled by order entered August 30, 2011 (Docket Entry No. 24), on September 13, 2011, is CANCELLED.

In accord with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this action is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge