UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| MICHAEL LYNN POSTON ) | |
| MYRNA JO POSTON ) | |
| ) | NO. 2:10cv0048 |
| v. ) | JUDGE SHARP |
| ) | MAGISTRATE JUDGE GRIFFIN |
| ) | |
| SHELTER MUTUAL INSURANCE ) | |
| CO., EQUIFIRST CORPORATION; ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEM, INC.; ) | |
| HOMEQSERVICING ISAOA; and ) | |
| ARCHER LAND TITLE, INC., in its ) | |
| capacity as Trustee ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/1/2011.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk